UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Terrance Dishon Daniels**　　　　　　　　　　　　　　　Docket No. 4:13-CR-35-1D

### Petition for Action on Supervised Release

COMES NOW Tuell Waters, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terrance Dishon Daniels, who, upon an earlier plea of guilty to Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on January 14, 2014, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Terrance Dishon Daniels was released from custody on May 5, 2017, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

During the course of supervision, the defendant has been consistently difficult to locate. Consequently, the defendant's whereabouts have often been unknown to the probation officer. On July 20, 2018, the undersigned probation officer discovered Daniels had changed his address without notifying the probation office. It is respectfully requested that the court modify the conditions of supervision to impose a curfew with electronic monitoring, not to exceed 60 consecutive days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Tuell Waters<br>Tuell Waters<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2344<br>Executed On: July 31, 2018 |

Terrance Dishon Daniels
Docket No. 4:13-CR-35-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___1___ day of ___August___, 2018, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge